David S. Pegno (DP-7428)
Debbie Klein (DK-0186)
DEWEY PEGNO & KRAMARSKY LLP
220 East 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for plaintiff American Society for Technion-Israel Institute of Technology, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN SOCIETY FOR TECHNION—ISRAEL INSTITUTE OF TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY, <br><br> Defendant. | Index No. 07 CV 03913 (LBS) <br><br> **NOTICE OF APPEARANCE** <br><br> Electronically Filed |

PLEASE TAKE NOTICE that David S. Pegno, a member of Dewey Pegno & Kramarsky LLP, hereby appears as counsel for plaintiff American Society for Technion—Israel Institute of Technology, Inc. All pleadings and correspondence should continue to be served upon Dewey Pegno & Kramarsky LLP at the below-referenced address.

Dated: New York, New York
       June 13, 2007

DEWEY PEGNO & KRAMARSKY LLP

By    /s/ David S. Pegno
      David S. Pegno (DP-7428)

220 East 42nd Street
New York, New York 10017
(212) 943-9000 (tel)
(212) 943-4325 (fax)

*Attorneys for plaintiff American Society for Technion-Israel Institute of Technology, Inc.*